# FILED

Rodney Brown
#329631
450 Bauchet St
Los Angeles, CA 90012

~~In Prose~~

JAN 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rodney Brown,
  Plaintiff,

v.

The City of Pasadena,
  Defendant

Case No. 2:14 cv 58 KJN PC

NOTICE OF REQUEST RE LEAVE TO FILE CIVIL ACTION In forma pauperis

Plaintiff comes now and request releave of the court to file civil action Informa Pauperis.

Date: 1.6.14

Ro[signature]

FULL NAME

Rodney Brown

COMMITTED NAME (if different)

450 Bauchet Street

FULL ADDRESS INCLUDING NAME OF INSTITUTION

Los Angeles, CA 90012

BK# 3297631

PRISON NUMBER (if applicable)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rodney Brown

plaintiff

v.

The City of Pasadena,
The County of Los Angeles,
Jackie Lacey, District Attorney,
Elaine Ramsey Deputy D.A,
David Dubose Deputy D.A,
Elaine Liu, et DEFENDANT(S).

David ~~Supving~~ Deputy D.A

CASE No. CV_____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO (check one) PC§ 1368
42 USC § 1983       Mandatory Duties
☒ 42 U.S.C. § 1985 §3  CA Gov Code § 815.6
or                    Cal Civ Code 52.1.B
☐ Bivens v. Six Unknown Agents
403 U.S. 388 (1971);

### A. PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2) If your answer to 1 is yes, how many? **listed** Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Page 1 of 6

| | | |
|---|---|---|
| a. | Parties to this previous lawsuit: | |
| | Plaintiff _____ **Brown** _____ | |

Defendants _____ **San Bernd. County** _____

b. Court _____ **U.S D.Cout** _____

c. Docket or case number _____ **CV-11-5415 CAS DTB** _____

d. Name of judge to whom case was assigned _____ **DAVID T. BRISTOW** _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____ **DISMISS with prejudice FRCP 36(6)(b)** _____

f. Issues raised: _____ **Excessive force** _____

g. Approximate date of filing lawsuit _____ **DEC 2011** _____

h. Approximate date of disposition _____ **DEC 2013** _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☐ No

2) Have you filed a grievance concerning the facts relating to your current complaint?
☒ Yes ☐ No
If your answer is no, explain why not _____ **STATE BAR OF CALIFORNIA** _____

3) Is the grievance procedure completed? ☒ Yes ☐ No

4) Please attach copies of papers related to the grievance procedure.

C. JURISDICTION  28 USC§ 84(C)(2)
28 USC§ 1331, 1343 1367

This complaint alleges that the civil rights of plaintiff __Rooney Brown__ (print plaintiff's name)

who presently resides at __Twin Towers Correctional Facility__, were violated
(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at_____
(institution/city where violation occurred)

on (date or dates) __MARCH 2013__ (Claim I), __AUGUST 2013__ (Claim II) __DEC 17, 2013__ (Claim III).

(You need not name more than one defendant or allege more than one claim; however, make a copy of this page to provide the information below if you are naming more than five (5) defendants.)

1) Defendant __Jackie Lacey__ resides or works at
(full name of first defendant)

__210 W. Temple St  Los Angeles CA 90012__
(full address of first defendant)

__District Attorney__
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

__Peace Officer__

2) Defendant __Elaine Ramsey__ resides or works at
(full name of second defendant)

__300 E. Walnut  Pasadena, CA 91102__, and is employed as
(full address of second defendant)

__Deputy District Attorney__
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

__Peace Officer__

Page 3 of 6

CV-66 (7/07)                     CIVIL RIGHTS COMPLAINT FORM

3) Defendant __Devin Dobi__ resides or works at
(full name of third defendant)
__300 E Walnut St Pasadena CA 91102__, and is employed as
(full address of third defendant)
__Deputy DA__.
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
__peace officer__

4) Defendant __BarBra S.__ resides or works at
(full name of fourth defendant)
__300 E. Walnut St Pasadena CA 91102__, and is employed as
(full address of fourth defendant)
__Deputy D/A__.
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☐ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
__peace officer__

5) Defendant(s) __The City of Pasadena (6) & County of LA__ resides or works at
(full name of fifth defendant)
__Sued in it's own Right__, and is employed as
(full address of fifth defendant)
__public entity__.
(defendant's position and title, if any)

The defendant is sued in his/her: ☐ individual ☐ official capacity. (Check one or both.)
Explain how this defendant was acting under color of law:
__UNDER CA Gov Code 815.2    Mandatory Duties CA Gov Code__
__815.1    Respondeat Superior Basis__

Page 4 of 6

CV-66 (7/97)         CIVIL RIGHTS COMPLAINT FORM

# E. CLAIMS*
## CLAIM I

The following civil right has been violated:

Violation 42 USC §1983 Fourth, Eighth, Fourteenth U.S. Const

Violation 42 USC §1985(3)

Violation Mandatory Duties CA. Gov. § 815.6

Violation P.C. §1368

Violation CA. Civ. Code 52.1(b).

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.]
*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

(1) Defendants City of Pasadena implemented, Regulated, Approved or Ratified in concert with Defendant County of Los Angeles, who implemented, Hired Tolerated, or Approved policies That allowed Defendants Jackie Lacey, Elaine Ramsey, David Dubois, and Barbra Murphy to deny Equal Protections of The Law to be free from Cruel and unusual punishment by denying Mentally ill, or mentally retarded or addict's of alcoholics medical and mental Treatment which subjected The plaintiff The Right to be free "from Cruel and unusual punishment.

(2) Defendant Elaine Liu Jude obstructed justice and participated in Conspiracy to violate plaintiff Rights to privileges and immunities of The U.S. Constitution. And denied plaintiff Due process of law and Equal protections of law. To be free from cruel and unusal punishment while mentally ill.

PAGE 5 OF 6

3) The County is a political subdivision duly organized and existing under the laws of the state of California. All actions of Defendants Barbra Murphy, Elaine Raismey, David Dubois, and Jackie Lacey are the legal responsibility of the County. Defendant County is sued both it's own right and on the basis of Rospondent Superior under California Government Code §815.2

4) Defendant Jackie Lacey is the District attorney plaintiff is informed and believe and thereupon allege that at all times herein relevant ("Lacey") was responsible for the department establishment and/or implementation of the procedures, policies, regulations, practice and/or customs of the District attorney office. with respect to it's prosecutions of citizens of California upon information and belief plaintiff further alleges that at all times relevant ("Lacey") participated in, approved, and/or ratified the unconstitutional or illegal acts complained of herein. plaintiff hasn't been convicted of any crime(s).

5) Defendants Barbra Murphy, Elaine Ramsey, David Dubois, and Jackie Ramsey has information that plaintiff is suffering from pschizophrenia, By polar, and mental depression and fail to investigate, issue order medical consultation, medical treatment, or provide equal protection of the laws to have adequate medical care and are deliberate indifferent by acts, omissions, or conduct.

First Cause of Action - 42 USC §1983 14th US Const Amend
(All named Defendants)

1. The allegations contained in paragraph 1-20, inclusive, are hereby incorporated by reference

2. Defendants violated plaintiff right to have equal protections and Due process of Law guaranteed by the Fourteenth Amendment of the United states Constitution by there failure to document, Record, investigate, and observe There Legal obligations and other violations of Law against plaintiff

3. Defendants wrongful actions alleged herein are in violation of 42 U.S.C. §1983 because they have deprived plaintiff of rights, benefits, and privileges secured by the United States Constitution.

4. Defendants acted under color of state law.

5. Defendants knew or should have known that their conduct, attitudes, and Actions created an unreasonable risk of serious harm to plaintiff.

6. The actions and conduct of defendants demonstrate deliberate indifference Plaintiff's fourteenth amendment rights.

7. As a proximate result of the defendants violation of plaintiff Right to due process and equal protection of the Law while he was confined at Twin Towers Correctional Facility, plaintiff has suffered, is suffering and will continue to suffer irreparable harm.

8. As a direct and forseeable result of the defendants violation of the fourteenth amendments plaintiff has suffered is Suffering and will continue to suffer physical injuries

in the form of damages to his person and psyche.

As a direct and forseeable result of the defendant's violations of the fourteenth amendment, plaintiff has suffered, is suffering and will continue to suffer injuries in the form of pain and suffering, shame, humiliation, degradation, emotional distress, embarressment, mental distress and other injuries.

An actual controversey exist between plaintiff and defendant concerning their rights, privileges, and obligations.

Defendant acts were willful, intentional, malicious, wanton and despicable in conscious disregard of plaintiffs rights, entiting plaintiff to award of exemplary damages.

### Second Cause of Action Violation P.C §1368

The allegations as contained in paragraph 1— inclusive are hereby incorporated by refrence.

The unecessary, demeaning, outrageous, humilating and intrusive denial of the The plaintiff right to be free from cruel and unusual punishment to be subjected to punishment while mentally ill. denied plaintiff fundamental rights guaranteed by 8th amendment U.S Const and p.c §1368

Any violation of a California Statute is mandatory.

The aforementioned act of defendants directly and proximately caused plaintiff to be deprived of his right as stated above thereby entiting plaintiff to recover damages proximately caused by defendants wrongful acts including statatory damage under P.C §1368

## F. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. Whereas plaintiff demands Compensatory, Nominal and Punitive Damages in amount of 10 million dollars from each defendant

2. Declaratory Relief of parties Rights and obligations

3. Demand for Trial by Jury

4. Injunctive Relief to not be punished without Examination by psychiatrist

5. Any further order Just and fair

1-7-14
(Date)

_____
(Signature of Plaintiff)